UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE JOSEPH YOUNG, BM2907,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendant(s). | Case No. 21-cv-00647-SK  (PR)<br><br>**ORDER OF TRANSFER** |

　　　　Plaintiff, a prisoner at North Kern State Prison in Delano, California, has filed a pro se complaint under 42 U.S.C. § 1983 alleging inadequate medical care for a shot gun wound. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the counties of Kern and Sacramento, which lie within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

　　　　Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

　　　　The clerk shall transfer this matter forthwith.

　　　　**IT IS SO ORDERED**.

Dated: January 28, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　_Sallie Kim_
　　　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge