1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    GALE JOSEPH YOUNG,                         1:21-cv-00132 HBK  (PC)

10                    Plaintiff,

11       v.                                     ORDER TO SUBMIT APPLICATION
                                                TO PROCEED IN *FORMA PAUPERIS*
12    CA DEPARTMENT OF CORRECTIONS,             OR PAY FILING FEE WITHIN 30 DAYS
     ET AL.,
13
                      Defendant.
14

15        Plaintiff Gale Joseph Young initiated this action proceeding *pro se* by filing a civil rights

16   action under 42 U.S.C. § 1983 in the Northern District of California.  *See* docket.  On February 1,

17   2021, the Northern District transferred the case to this court.  Doc. No. 5.  An initial review of the

18   docket reveals Plaintiff has neither paid the $402.00 filing fee, nor applied to proceed *in forma*

19   *pauperis* under 28 U.S.C. § 1915.

20

21        Accordingly, it is **ORDERED**:

22        1.  Within thirty (30) days of the date on this order, Plaintiff shall either: (1) submit the

23   attached application to proceed *in forma pauperis*, completed and signed; or in the alternative, (2)

24   Plaintiff must timely pay the $402.00 filing fee for this action.

25        2.  Absent good cause, the Court will not grant any motions for extension of time.

26        3.  Failure to comply with this order will result in dismissal of this action.

27

28

                                          1

1

2    IT IS SO ORDERED.

3

4    Dated:    February 3, 2021

5                                              HELENA M. BARCH-KUCHTA
                                               UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28