UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE JOSEPH YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>C.A. DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>Defendants. | Case No.   1:21-cv-00132-HBK (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>April 16, 2021 DEADLINE |

Plaintiff Gale Joseph Young, who is a prisoner incarcerated at North Kern State Prison, initiated this case by filing a *pro se* 42 U.S.C. § 1983 Complaint. *See* Doc. No. 1. Plaintiff did not accompany the filing of his Complaint with either the filing fee, or a motion for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. *See* docket. On February 3, 2021, the Clerk directed Plaintiff to either pay the filing fee or apply for leave to proceed as a pauper within thirty days of the date on the order. The thirty-day, court-ordered deadline has expired. Plaintiff has not complied with the order, or otherwise moved. *Id.*

Accordingly, it is **ORDERED**:

1. No later than April 16, 2021, Plaintiff shall show good cause why the action should not be dismissed for failure to comply with the Court's February 3, 2021 Order.

1

      2. Additionally, no later than April 16, 2021, Plaintiff must either pay the filing fee, or file a complete motion for leave to proceed *in forma pauperis*.

      3. Failure to comply with this order will result in the recommendation that this matter be dismissed, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   March 17, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE