UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE YOUNG, | Case No. 1:21-cv-00132-NONE-HBK |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |
| v. | |
| CA DEPARTMENT OF CORRECTIONS, ET. AL. | (Doc. No. 11) |
| Defendants. | ORDER TO ASSIGN A DISTRICT JUDGE |

    Plaintiff filed a notice advising the Court he wishes to dismiss the action on July 27, 2021. (Doc. No. 11). Defendants have not been served, so no answer or motion for summary judgment has been filed. The Court construes the notice as filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Court notes that Findings and Recommendations were issued on June 29, 2021 recommending the complaint be dismissed due to Plaintiff's failure to prosecute this action. (Doc. No.10). As of this date, the District Court has not adopted the Findings and Recommendations.

    "[U]nder Rule 41(a)(1)(A)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc*., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no

court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Id*. at 1078.

Accordingly, the Clerk of Court shall assign this case to a district judge, terminate all pending motions and deadlines, and CLOSE this action to reflect Plaintiff's voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i).

Dated:   July 29, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE